JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sherry Goodwin, individually, on behalf of others similarly situated, and on behalf of the general public, <br><br> Plaintiff, <br><br> v. <br><br> Citywide Home Loans, Inc., <br><br> Defendant. | Case No. SACV 14-00866 JLS (JCG) <br><br> **FINAL JUDGMENT** |

By Order dated November 2, 2015, this Court granted the Parties' Joint Motion for Settlement Approval. (Doc. 66.) Accordingly, and on the terms outlined in the Parties' Settlement Agreement, this Action is hereby DISMISSED WITH PREJUDICE, with each party to bear their own attorneys' fees and costs, except as set forth in the Settlement Agreement and the Court's Order granting Settlement Approval.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 20, 2015

_____
The Honorable Josephine L. Staton
United States District Judge